BRADY, Respondent, v. LAUGHLIN et al., appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Samuel W. Brady against John Laughlin and Henry J. Skinner. PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellants to abide event. The application made upon the argument for leave to serve a reply nunc pro tunc is denied, without prejudice to an application for such relief at special term.